

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| A.S. Horner, Inc., | § | No. 08-18-00044-CV |
| Appellant, | § | Appeal from the |
| v. | § | 384th District Court |
| Rafael Navarrette, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2015-DCV3144) |
| | § | |

**O R D E R**

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **July 10, 2018.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jeffrey B. Pownell, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before July 10, 2018.

IT IS SO ORDERED this 21st day of June, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.